IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBIN JOY MCNEELY, | ) | CASE NO: 15-18029 |
| | ) | Chapter 13 |
| Debtor | ) | |

**PRAECIPE FOR WITHDRAWAL AND ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

    Please withdraw my appearance on behalf of Debtor Michelle DeWald, Esquire in the above captioned matter.

Dated:  8/1/16

/s/Michelle DeWald
Michelle DeWald, Esquire
Attorney for Debtor

    Please enter my appearance on behalf of Debtor Robin Joy McNeely in the above captioned matter.

Dated:  10/5/16

/s/Andrew J. Shaw
Andrew J. Shaw, Esquire
Attorney for Debtor
Goodman Schwartz & Shaw LLC
44 E. Broad Street, Suite 44
Bethlehem, PA 18018
Phone No. 610-691-3151
FAX No:   610-691-3657
    I.D. # 88709