IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
                                )
ROBIN JOY MCNEELY,              )   CASE NO: 15-18029
                                )       Chapter 13
            Debtor              )

ELECTION TO CONVERT CASE FROM
CHAPTER 13 TO A CASE UNDER CHAPTER 7
PURSUANT TO §1307 OF THE BANKRUPTCY CODE

**AND NOW,** this 5th day of October, 2016, Debtor hereby elects to convert her Chapter 13 case to a case under Chapter 7 pursuant to such right of conversion afforded her under §1307(a) of the Bankruptcy Code.

/s/Robin Joy McNeely
Robin Joy McNeely