IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBIN JOY MCNEELY, | ) | CASE NO: 15-18029 |
| | ) | Chapter 13 |
| Debtor | ) | |

SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF
CHAPTER 13 CASE TO DATE OF CONVERSION TO CHAPTER 7
PURSUANT TO FEDERAL BANKRUPTCY RULE OF PROCEDURE 1019

- Schedule D - Creditors Holding Secured Claims

    Cedar Creek Farm Condominium Associates
    3140 B Tilghman Street, Suite 322
    Allentown, PA 18104

    Condominium Fees - $2,000.00

- Schedule E - Creditors Holding Unsecured Priority Claims

    None

- Schedule F - Creditors Holding Unsecured Nonpriority Claims

    CH Hospital of Allentown LLC
    P.O. Box 826348
    Philadelphia, PA 19182-6348

    Medical Bill - $144.71

    St. Luke's University Health Network
    801 Ostrum Street
    Bethlehem, PA 18015

    Medical Bill - $2,524.74

    St. Luke's Physician Group
    P.O. Box 25837
    Salt Lake City, UT 84125-0837

    Medical Bill - $845.91

    St. Luke's Neurology Associates
    1417 8th Avenue
    Bethlehem, PA 18018

    Medical Bill - $61.30

Health Network Laboratories
401 N. 17th Street, Suite 108
Allentown, PA 18104

Medical Bill - $37.65

CHS Professional
2775 Schoenersville Road
Bethlehem, PA 18017

Medical Bill - $10.96

Total Family Health
3050 Hamilton Blvd., Suite 100
Allentown, PA 18103

Medical Bill - $155.14

St. Luke's Perinatolgoy
1837 W. Linden Street
Allentown, PA 18104

Medical Bill - $53.12

Progressive Physician
1648 Hamilton Street, Suite 2
Allentown, PA 18102

Medical Bill - $50.52

St. Luke's Endocrinology
3701 Corporate Parkway, Suite 130b
Center Valley, PA 18034

Medical Bill - $692.76

Verizon
P.O. Box 4003
Acworth, GA 30101

Utility Bill - $80.49

/s/Robin Joy McNeely
Robin Joy McNeely