AMENDED MATRIX

Ashley Furniture/Synchrony Bank
PO Box 960061
Orlando, FL   32896-0061

Bank of America
PO Box 982235
El Paso, TX   79998-2235

Best Buy
PO Box 30253
Salt Lake City, UT   84130-0253

Bonton
3100 Easton Square Pl
Columbus, OH   43219-6232

Care Credit/Synchrony Bank
PO Box 960061
Orlando, FL   32896-0061

Cedar Creek Farm Condominium Assoc.
3140 B Tilghman St Ste 322
Allentown, PA   18104

CH Hospital
PO Box 826348
Philadelphia, PA   19182-6348

CHS Professional
2775 Schoenersville Rd
Bethlehem, PA   18017-7307


Discover
PO Box 15316
Wilmington, DE   19850-5316


Health Network   Laboratories
401 N 17th St Ste 108
Allentown, PA   18104-5049


JC Penny
PO Box 965007
Orlando, FL   32896-5007


KML Law Group, P.C.
6701 Market St Ste 5000
Philadelphia, PA   19106


Kohls
PO Box 3115
Milwaukee, WI   53201-3115


Lehigh Valley FCU
PO Box 4519
Carol Stream, IL   60197-4519

Lehigh Valley Health Network
2100 Mack Blvd Fl 4
Allentown, PA   18103-5622


Macy's
PO Box 8218
Mason, OH   45040-8218


New York & Co./Comenity
PO Box 659728
San Antonio, TX   78265-9728


PNC Bank
2730 Liberty Ave
Pittsburgh, PA   15222-4704


Progressive Physician
1648 Hamilton St Ste 2
Allentown, PA   18102-5054


Rothrock Nissan Dodge
RR 22
Allentown, PA   18104-9804


St. Luke's Endocrinology
3701 Corporate Pkwy Ste 130B
Center Valley, PA   18034-8230

St. Luke's Hospital Bethlehem Campus
PO Box 8187P
Philadelphia, PA   19178-8187


St. Luke's Neurology Associates
1417 8th Ave
Bethlehem, PA   18018-2256


St. Luke's Perinatology
1837 W Linden St
Allentown, PA   18104-5633


St. Luke's Physician Group
PO Box 2587
Salt Lake City, UT   84110-2587


St. Luke's University Health Network
801 Ostrum St
Bethlehem, PA   18015-1000


Target
PO Box 660170
Dallas, TX   75266-0170


Total Family Health
3050 Hamilton Blvd Ste 100
Allentown, PA   18103-3691

Verizon
PO Box 4003
Acworth, GA   30101-9004


West End Associates
8689 Cascade Rd
Breinigsville, PA   18031-1562