United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18029-ref
Robin J. McNeely                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Violet            Page 1 of 2               Date Rcvd: Oct 06, 2016
                            Form ID: pdf900         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.
```
db              +Robin J. McNeely,    8689 Cascade Road,    Breinigsville, PA 18031-1562
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13628769       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    P.O. Box 982235,    El Paso, TX  79998-2235)
13721374         BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13628770         Best Buy,   P.O. Box 30253,    Salt Lake City, UT  84130-0253
13628771        +Bonton,    3100 Easton Square Place,    Columbus, OH 43219-6232
13803898         CH Hospital,    P.O. Box 826348,    Philadelphia, PA 19182-6348
13803899        +CHS Professional,    2775 Schoenersville Road,    Bethlehem, PA 18017-7394
13700795         Capital One, N.A.,    c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
13803897         Cedar Creek Farm Condominium Associates,    3140 B Tilghman Street, Suite 322,
                  Allentown, PA 18104
13628774        +Fidelity Investments Institutional,    Operations Company, Inc,    82 Devonshire Street,
                  Boston, MA 02109-3605
13803900         Health Network Laboratories,    401 N. 17th Street, Suite 108,    Allentown, PA 18104-5049
13628776         KML Law Group, P.C.,    6701 Market Street, Ste 5000,    Philadelphia, PA  19106
13628779        +Lehigh Valley Health Network,    2100 Mack Blvd, 4th Floor,    Allentown, PA 18103-5622
13628780         Macy's,    P.O. Box 8218,    Mason, OH  45040-8218
13628781        +Michelle DeWald,    1683 Broadhead Court,    Bethlehem, PA 18015-5517
13655699        +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
13628782         New York & Co/Comenity,    P.O. Box 659728,    San Antonio, TX  78265-9728
13631715         Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
13722468        +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13628783        +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13803901         Progressive Physician,    1648 Hamilton Street, Suite 2,    Allentown, PA 18102-5054
13803902         Rothrock Nissan Dodge,    RR 22,    Allentown, PA 18104-9804
13803903         St. Luke's Endocrinology,    3701 Corporate Parkway, Suite 130B,    Center Valley, PA 18034-8230
13628784         St. Luke's Hospital Bethlehem Campus,    Lockbox #8187,    P.O. Box 8500,
                  Philadelphia, PA  19178-8187
13803904         St. Luke's Neurology Associates,    1417 8th Avenue,    Bethlehem, PA 18018-2256
13803905         St. Luke's Perinatology,    1837 W. Linden Street,    Allentown, PA 18104-5633
13803906         St. Luke's Physician Group,    P.O. Box 2587,    Salt Lake City, UT 84110-2587
13803907         St. Luke's University Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13628785         Target,    P.O. Box 660170,    Dallas, TX  75266-0170
13803908         Total Family Health,    3050 Hamilton Blvd., Suite 100,    Allentown, PA 18103-3691
13803909         Verizon,    P.O. Box 4003,    Acworth, GA 30101-9004
13803910         West End Associates,    8689 Cascade Road,    Breinigsville, PA 18031-1562
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Oct 07 2016 02:16:35     Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2016 02:16:13
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2016 02:16:41     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 02:23:39      Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13628768         E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 02:25:18      Ashley Furniture/Synchrony Bank,
                  P.O. Box 960061,    Orlando, FL  32896-0061
13628772         E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 02:24:30      Care Credit/ Synchrony Bank,
                  P.O. Box 960061,    Orlando, FL  32896-0061
13628773         E-mail/Text: mrdiscen@discover.com Oct 07 2016 02:15:35      Discover,    P.O. Box 15316,
                  Wilmington, DE  84198-5000
13641490         E-mail/Text: mrdiscen@discover.com Oct 07 2016 02:15:35      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13628775         E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 02:24:31      JC Penny,    P.O. Box 965007,
                  Orlando, FL  32896-5007
13628777        +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 07 2016 02:15:37     Kohls,    P.O. Box 3115,
                  Milwaukee, WI 53201-3115
13628778         E-mail/Text: abilliard@lvfcu.com Oct 07 2016 02:16:33      Lehigh Valley FCU,    P.O. Box 4519,
                  Carol Stream, IL  60197-4519
13690504         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2016 02:25:19
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13679111         E-mail/Text: bnc-quantum@quantum3group.com Oct 07 2016 02:15:49
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-4          User: Violet              Page 2 of 2           Date Rcvd: Oct 06, 2016
                              Form ID: pdf900           Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13641794         E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2016 02:23:42
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13723048        +E-mail/Text: bncmail@w-legal.com Oct 07 2016 02:16:32      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:
```
              ANDREW J. SHAW    on behalf of Debtor Robin J. McNeely ashaw@goodmanshaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHELLE  DEWALD    on behalf of Debtor Robin J. McNeely mdewald@rcn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBIN JOY MCNEELY, ) | CASE NO: 15-18029 |
| ) | Chapter 13 |
| Debtor ) | |

ELECTION TO CONVERT CASE FROM
CHAPTER 13 TO A CASE UNDER CHAPTER 7
PURSUANT TO §1307 OF THE BANKRUPTCY CODE

**AND NOW**, this 5th day of October, 2016, Debtor hereby elects to convert her Chapter 13 case to a case under Chapter 7 pursuant to such right of conversion afforded her under §1307(a) of the Bankruptcy Code.

/s/Robin Joy McNeely
Robin Joy McNeely