United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 15-18029-ref
Robin J. McNeely                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 2          Date Rcvd: Oct 24, 2016
                             Form ID: 309A            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db          +Robin J. McNeely,   8689 Cascade Road,   Breinigsville, PA 18031-1562
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13721374     BANK OF AMERICA, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
13803898     CH Hospital,   P.O. Box 826348,   Philadelphia, PA 19182-6348
13803899    +CHS Professional,   2775 Schoenersville Road,   Bethlehem, PA 18017-7394
13803897     Cedar Creek Farm Condominium Associates,   3140 B Tilghman Street, Suite 322,
              Allentown, PA 18104
13628774    +Fidelity Investments Institutional,   Operations Company, Inc,   82 Devonshire Street,
              Boston, MA 02109-3605
13803900     Health Network Laboratories,   401 N. 17th Street, Suite 108,   Allentown, PA 18104-5049
13628776     KML Law Group, P.C.,   6701 Market Street, Ste 5000,   Philadelphia, PA 19106
13628779    +Lehigh Valley Health Network,   2100 Mack Blvd, 4th Floor,   Allentown, PA 18103-5622
13628781    +Michelle DeWald,   1683 Broadhead Court,   Bethlehem, PA 18015-5517
13655699    +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
              Warren, MI 48090-2011
13631715     Nissan-Infiniti LT,   PO Box 660366 Dallas  TX 75266-0366
13722468    +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13628783    +PNC Bank,   2730 Liberty Avenue,   Pittburgh, PA 15222-4747
13803901     Progressive Physician,   1648 Hamilton Street, Suite 2,   Allentown, PA 18102-5054
13803902     Rothrock Nissan Dodge,   RR 22,   Allentown, PA 18104-9804
13803903     St. Luke's Endocrinology,   3701 Corporate Parkway, Suite 130B,   Center Valley, PA 18034-8230
13628784     St. Luke's Hospital Bethlehem Campus,   Lockbox #8187,   P.O. Box 8500,
              Philadelphia, PA 19178-8187
13803904     St. Luke's Neurology Associates,   1417 8th Avenue,   Bethlehem, PA 18018-2256
13803905     St. Luke's Perinatology,   1837 W. Linden Street,   Allentown, PA 18104-5633
13803906     St. Luke's Physician Group,   P.O. Box 2587,   Salt Lake City, UT 84110-2587
13803907     St. Luke's University Health Network,   801 Ostrum Street,   Bethlehem, PA 18015-1000
13803908     Total Family Health,   3050 Hamilton Blvd., Suite 100,   Allentown, PA 18103-3691
13803909     Verizon,   P.O. Box 4003,   Acworth, GA 30101-9004
13803910     West End Associates,   8689 Cascade Road,   Breinigsville, PA 18031-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: ashaw@goodmanshaw.com Oct 25 2016 02:05:41    ANDREW J. SHAW,
              GOODMAN & SHAW, P. C.,   44 E. Broad Street,   Suite 15,   P.O. Box 1248,
              Bethlehem, PA  18016-1248
tr           EDI: QDAEISENBERG.COM Oct 25 2016 01:48:00    DAVID ALAN EISENBERG,
              David A. Eisenberg, Esquire,   3140B Tilghman Street,   PMB #321,   Allentown, PA  18104
smg         +E-mail/Text: robertsl2@dnb.com Oct 25 2016 02:06:31    Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2016 02:06:09
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2016 02:06:39    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 25 2016 02:06:24    United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13628768     EDI: RMSC.COM Oct 25 2016 01:48:00    Ashley Furniture/Synchrony Bank,   P.O. Box 960061,
              Orlando, FL  32896-0061
13628769     EDI: BANKAMER.COM Oct 25 2016 01:48:00    Bank Of America,   P.O. Box 982235,
              El Paso, TX  79998-2235
13628770     EDI: HFC.COM Oct 25 2016 01:48:00    Best Buy,   P.O. Box 30253,
              Salt Lake City, UT  84130-0253
13628771    +EDI: WFNNB.COM Oct 25 2016 01:48:00    Bonton,   3100 Easton Square Place,
              Columbus, OH 43219-6232
13700795     EDI: BL-BECKET.COM Oct 25 2016 01:48:00    Capital One, N.A.,   c o Becket and Lee LLP,
              PO Box 3001,   Malvern, PA 19355-0701
13628772     EDI: RMSC.COM Oct 25 2016 01:48:00    Care Credit/ Synchrony Bank,   P.O. Box 960061,
              Orlando, FL  32896-0061
13628773     EDI: DISCOVER.COM Oct 25 2016 01:48:00    Discover,   P.O. Box 15316,
              Wilmington, DE  84198-5000
13641490     EDI: DISCOVER.COM Oct 25 2016 01:48:00    Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
13628775     EDI: RMSC.COM Oct 25 2016 01:48:00    JC Penny,   P.O. Box 965007,   Orlando, FL  32896-5007
13628777    +EDI: CBSKOHLS.COM Oct 25 2016 01:48:00    Kohls,   P.O. Box 3115,   Milwaukee, WI 53201-3115
13628778     E-mail/Text: abilliard@lvfcu.com Oct 25 2016 02:06:31    Lehigh Valley FCU,   P.O. Box 4519,
              Carol Stream, IL  60197-4519
13628780     EDI: TSYS2.COM Oct 25 2016 01:48:00    Macy's,   P.O. Box 8218,   Mason, OH  45040-8218
13628782     EDI: WFNNB.COM Oct 25 2016 01:48:00    New York & Co/Comenity,   P.O. Box 659728,
              San Antonio, TX  78265-9728

District/off: 0313-4          User: Cathleen          Page 2 of 2          Date Rcvd: Oct 24, 2016
                             Form ID: 309A            Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13690504        EDI: PRA.COM Oct 25 2016 01:48:00       Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
13679111        EDI: Q3G.COM Oct 25 2016 01:48:00       Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
13641794        EDI: RECOVERYCORP.COM Oct 25 2016 01:48:00       Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13723048       +E-mail/Text: bncmail@w-legal.com Oct 25 2016 02:06:30       TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13628785        EDI: WTRRNBANK.COM Oct 25 2016 01:48:00       Target,   P.O. Box 660170,   Dallas, TX  75266-0170
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
          ANDREW J. SHAW    on behalf of Debtor Robin J. McNeely ashaw@goodmanshaw.com
          DAVID ALAN EISENBERG    trustee@eisenbergpc.com,  deisenberg@ecf.epiqsystems.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robin J. McNeely** | Social Security number or ITIN | **xxx–xx–3655** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **11/6/15** |
| Case number: | **15–18029–ref** | Date case converted to chapter **7** | **10/5/16** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Robin J. McNeely | | |
| 2. | **All other names used in the last 8 years** | aka Robin Joy McNeely | | |
| 3. | **Address** | 8689 Cascade Road Breinigsville, PA 18031 | | |
| 4. | **Debtor's attorney** Name and address | ANDREW J. SHAW GOODMAN & SHAW, P. C. 44 E. Broad Street Suite 15 P.O. Box 1248 Bethlehem, PA 18016–1248 | | Contact phone 610–691–3151 Email:  ashaw@goodmanshaw.com |
| 5. | **Bankruptcy trustee** Name and address | DAVID ALAN EISENBERG David A. Eisenberg, Esquire 3140B Tilghman Street PMB #321 Allentown, PA 18104 | | Contact phone (610) 437–1410 Email:  trustee@eisenbergpc.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street <br> Suite 300 <br> Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (610)2085040 <br><br> Date: 10/24/16 |
|---|---|---|---|

| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 17, 2016 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
|---|---|---|---|

| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|---|

| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/16/17** |
|---|---|---|---|
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|