United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-18029-ref
Robin J. McNeely                                                            Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen            Page 1 of 2              Date Rcvd: Jan 20, 2017
                              Form ID: 318              Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
```
db              +Robin J. McNeely,    8689 Cascade Road,    Breinigsville, PA 18031-1562
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13721374         BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13803898         CH Hospital,    P.O. Box 826348,    Philadelphia, PA 19182-6348
13803899        +CHS Professional,    2775 Schoenersville Road,    Bethlehem, PA 18017-7394
13803897         Cedar Creek Farm Condominium Associates,    3140 B Tilghman Street, Suite 322,
                  Allentown, PA 18104
13628774        +Fidelity Investments Institutional,    Operations Company, Inc,    82 Devonshire Street,
                  Boston, MA 02109-3605
13803900         Health Network Laboratories,    401 N. 17th Street, Suite 108,    Allentown, PA 18104-5049
13628776         KML Law Group, P.C.,    6701 Market Street, Ste 5000,    Philadelphia, PA 19106
13628778         Lehigh Valley FCU,    P.O. Box 4519,    Carol Stream, IL 60197-4519
13628779        +Lehigh Valley Health Network,    2100 Mack Blvd, 4th Floor,    Allentown, PA 18103-5622
13628781        +Michelle DeWald,    1683 Broadhead Court,    Bethlehem, PA 18015-5517
13655699        +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
13631715         Nissan-Infiniti LT,    PO Box 660366 Dallas TX 75266-0366
13722468        +PNC BANK N.A.,    PO Box 94982,    CLEVELAND, OH 44101-4982
13628783        +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13803901         Progressive Physician,    1648 Hamilton Street, Suite 2,    Allentown, PA 18102-5054
13803902         Rothrock Nissan Dodge,    RR 22,    Allentown, PA 18104-9804
13803903         St. Luke's Endocrinology,    3701 Corporate Parkway, Suite 130B,    Center Valley, PA 18034-8230
13628784         St. Luke's Hospital Bethlehem Campus,    Lockbox #8187,    P.O. Box 8500,
                  Philadelphia, PA 19178-8187
13803904         St. Luke's Neurology Associates,    1417 8th Avenue,    Bethlehem, PA 18018-2256
13803905         St. Luke's Perinatology,    1837 W. Linden Street,    Allentown, PA 18104-5633
13803906         St. Luke's Physician Group,    P.O. Box 2587,    Salt Lake City, UT 84110-2587
13803907         St. Luke's University Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13803908         Total Family Health,    3050 Hamilton Blvd., Suite 100,    Allentown, PA 18103-3691
13803909         Verizon,    P.O. Box 4003,    Acworth, GA 30101-9004
13803910         West End Associates,    8689 Cascade Road,    Breinigsville, PA 18031-1562
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QDAEISENBERG.COM Jan 21 2017 01:48:00      DAVID ALAN EISENBERG,
                  David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg             +E-mail/Text: robertsl2@dnb.com Jan 21 2017 01:59:36      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 21 2017 01:59:06
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 21 2017 01:59:43      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13628768         EDI: RMSC.COM Jan 21 2017 01:48:00      Ashley Furniture/Synchrony Bank,    P.O. Box 960061,
                  Orlando, FL 32896-0061
13628769         EDI: BANKAMER.COM Jan 21 2017 01:48:00      Bank Of America,    P.O. Box 982235,
                  El Paso, TX 79998-2235
13628770         EDI: HFC.COM Jan 21 2017 01:48:00      Best Buy,    P.O. Box 30253,
                  Salt Lake City, UT 84130-0253
13628771        +EDI: WFNNB.COM Jan 21 2017 01:48:00      Bonton,    3100 Easton Square Place,
                  Columbus, OH 43219-6232
13700795         EDI: BL-BECKET.COM Jan 21 2017 01:49:00      Capital One, N.A.,    c o Becket and Lee LLP,
                  PO Box 3001,    Malvern, PA 19355-0701
13628772         EDI: RMSC.COM Jan 21 2017 01:48:00      Care Credit/ Synchrony Bank,    P.O. Box 960061,
                  Orlando, FL 32896-0061
13628773         EDI: DISCOVER.COM Jan 21 2017 01:48:00      Discover,    P.O. Box 15316,
                  Wilmington, DE 84198-5000
13641490         EDI: DISCOVER.COM Jan 21 2017 01:48:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
13628775         EDI: RMSC.COM Jan 21 2017 01:48:00      JC Penny,    P.O. Box 965007,    Orlando, FL 32896-5007
13628777        +EDI: CBSKOHLS.COM Jan 21 2017 01:48:00      Kohls,    P.O. Box 3115,    Milwaukee, WI 53201-3115
13628780         EDI: TSYS2.COM Jan 21 2017 01:48:00      Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
13628782         EDI: WFNNB.COM Jan 21 2017 01:48:00      New York & Co/Comenity,    P.O. Box 659728,
                  San Antonio, TX 78265-9728
13690504         EDI: PRA.COM Jan 21 2017 01:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
13679111         EDI: Q3G.COM Jan 21 2017 01:49:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
13641794         EDI: RECOVERYCORP.COM Jan 21 2017 01:48:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                   Date Rcvd: Jan 20, 2017
                              Form ID: 318                Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13723048       +E-mail/Text: bncmail@w-legal.com Jan 21 2017 01:59:34      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13628785        EDI: WTRRNBANK.COM Jan 21 2017 01:48:00      Target,   P.O. Box 660170,   Dallas, TX   75266-0170
                                                                                              TOTAL: 21
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:
```
              ANDREW J. SHAW    on behalf of Debtor Robin J. McNeely ashaw@goodmanshaw.com
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robin J. McNeely** | Social Security number or ITIN **xxx–xx–3655** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **15–18029–ref**

# Order of Discharge                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Robin J. McNeely
   aka Robin Joy McNeely

1/20/17                                                                    **By the court:**  Richard E. Fehling
                                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2